## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Venice PI, LLC

                Plaintiff,

v.                                          Case No.: 1:17−cv−06414
                                                        Honorable Thomas M. Durkin

Does 1−20

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 14, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for leave to take discovery prior to Rule 26(f) conference [7] is granted. No appearance is required on 9/18/2017. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.